833 A.2d 625

IN THE MATTER OF CYNTHIA SHARP MYERS, AN ATTORNEY AT LAW (ATTORNEY NO. 015831983).

October 28, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–151, concluding that **CYNTHIA SHARP MYERS** of **HADDON HEIGHTS**, who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Court having determined from its review of the record that a censure is the appropriate discipline for respondent's ethics violation;

And good cause appearing;

It is ORDERED that **CYNTHIA SHARP MYERS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.